UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE GORDON THOMPSON, JR.)

FILED
JUN 1 6 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>vs.<br>Enriqueta Ramirez-Vazquez,<br>　　　　Defendant | Case No.: 11CR4324-GT<br><br>ORDER OF DISMISSAL |

Due to the medical condition of the defendant and in the interests of justice, the pending petition to revoke supervised release is hereby DISMISSED.

IT IS SO ORDERED.

6-15-15
Date

_[signature]_
Honorable Gordon Thompson, Jr.
United States District Judge